**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ■ | FIRST _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Leandro Heli Gonzalez _____   JOINT DEBTOR: _____   CASE NO.: 26-14105 CLC _____

SS#: xxx-xx- 2585 ____      SS#: xxx-xx-_____

## I.   NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $231.48 _____   for months _1_ to _36_ ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**      ☐ NONE      ☐ PRO BONO

| | | | | |
|---|---|---|---|---|
| Total Fees: | $5,200.00 | Total Paid: | $1,700.00 | Balance Due: | $3,500.00 |

Payable ____ $208.33 ____ /month (Months _1_ to _16_ )

Payable ____ $166.67 ____ /month (Months _17_ to _17_ )

Allowed fees under LR 2016-1(B)(2) are itemized below:
Safe Harbor: $5,000.00 Attorney's Fees + $200.00 Costs = $5,200.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.   TREATMENT OF SECURED CLAIMS   ☐ NONE

**A.   SECURED CLAIMS:**   ■ NONE

**B.   VALUATION OF COLLATERAL:**   ■ NONE

**C.   LIEN AVOIDANCE**   ■ NONE

**D.   SURRENDER OF COLLATERAL:**   ■ NONE

**E.   DIRECT PAYMENTS**   ■ NONE

## IV.   TREATMENT OF FEES AND PRIORITY CLAIMS [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

**A.   ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

**B.   INTERNAL REVENUE SERVICE:** ■ NONE

Debtor(s): Leandro Heli Gonzalez                    Case number: 26-14105 CLC

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE    ☒ CURRENT AND PAID OUTSIDE

1. Name of Creditor: Maria Santos

Payment Address: 12658 NW 23rd PL, Miami, FL 33142

Total Due: _____ $0.00 _____

   Payable _____ $0.00 _____ /month (Months ___ to ___ )

   Regular Payemnt (if applicable) _____ $0.00 _____ /month (Months ___ to ___ )

2. Name of Creditor: Ana Gonzalez Espat

Payment Address: 624 Monte Vista Way, Winter Garden, FL 34787

Total Due: _____ $0.00 _____

   Payable _____ $0.00 _____ /month (Months ___ to ___ )

   Regular Payemnt (if applicable) _____ $0.00 _____ /month (Months ___ to ___ )

**D. OTHER:**

☒ NONE

**V.    TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☐ NONE

   **A.** Pay _____ $0.00 _____ /month (Months __1__ to _16_ )

   Pay _____ $41.67 _____ /month (Months _17_ to _17_ )

   Pay _____ $208.33 _____ /month (Months _18_ to _36_ )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   **C.** SEPARATELY CLASSIFIED:    ☒ NONE

**VI.    STUDENT LOAN PROGRAM**    ☒ NONE

**VII.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES**    ☒ NONE

**VIII.    INCOME TAX RETURNS AND REFUNDS:**

   ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX.    NON-STANDARD PLAN PROVISIONS** ☐ NONE

   ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   Confirmation of the plan shall not bar Debtor's counsel from filing an Application for Compensation for any work performed before confirmation.

   ☐ Mortgage Modification Mediation

LF-31 (rev. 04/01/22)

Debtor(s): Leandro Heli Gonzalez _____   Case number: 26-14105 CLC ___

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | |
|---|---|---|
| _____ Debtor _____ | | _____ Joint Debtor _____ |
| Leandro Heli Gonzalez | Date | Date |

/s/ Jose A. Blanco, Esq.
_____          _____
                                 Date

   Attorney with permission to sign on
   Debtor(s)' behalf who certifies that
   the contents of the plan have been
   reviewed and approved by the
           Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.