UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE: LEANDRO HELI GONZALEZ CASE NUMBER: 26-14105 CLC

# TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION

(If this case is dismissed, this deficiency is an objection to reinstatement)

The Trustee has found the following deficiencies from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections until ALL DOCUMENTS are provided to the Trustee and ALL ISSUES ARE RESOLVED.* **See Court's Notice of Commencement, Clerk of Court website flsb.uscourts.gov, and Trustee's website CH13miami.com for information, forms, and procedures.**

**WARNING**: All written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or the agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Failure to timely provide documents may result in dismissal of this case at the confirmation hearing. If debtor's or creditor's counsel object to the Trustee's recommendation, they must pre-call with the Trustee's Staff Attorney to resolve everything **THE THURSDAY PRIOR TO THE HEARING**. A final calendar will be published with any updated recommendation the day before the hearing on the front page of the Trustee's website.
**RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT:**
THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION

LAST REVIEWED: **8/13/2026**
*Objection to Exemption: Valuation (20)*

**2 A Plan served**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**
**Continue to 9/29:**
**Due on or before 9/1:** Amend plan to pay Ch 7 is $14,329.49-including tolling waiver of $4,000.00 and debtor's calculation does not provide for income tax refund

***Trustee will request dismissal on September chapter 13 calendar if deficiency is not addressed in its entirety.***

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
*NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402*